AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED: **1/11/17**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

Jose Rolando Morales
*Petitioner*

v.

Case No. 1:17cv7
*(Supplied by Clerk of Court)*

Warden F. Lara
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jose Rolando Morales
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: United States Penitentiary Beaumont
   (b) Address: P.O. Box 26030  Beaumont, Texas 77720
   (c) Your identification number: 19544-078
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court E.D. Texas (Sherman) 101 E. Pecan St. 1st Floor Sherman, TX. 75090
   (b) Docket number of criminal case: 4:11-cr-00247-RAS-DDB-5
   (c) Date of sentencing: 9-23-2013
   ☐ Being held on an immigration charge
   ☒ Other (explain): In violation of the Constitution, Statute, Laws and Treaties Of The United States Of America (Warden Lara USP Beaumont).

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other *(explain)*: __Warden Lara is holding me in violation of the Constitution,__
   __Laws, and Treaties of the United States.  The execution of my__
   __sentence is in violation of the Constitution, Statutes, Laws and Treaties.__

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __United States penitentiary Beaumont__
   __P.O. Box 26030 Beaumont, Texas 77720__

   (b) Docket number, case number, or opinion number:   __n/a__

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   __n/a__

   (d) Date of the decision or action:   __n/a__

## Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes       ☐ No       n/a

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not appeal: _____

8. Second appeal

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes          ☐ No    n/a
    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. Third appeal

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes          ☐ No    n/a
    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 

(b) If you answered "No," explain why you did not file a third appeal:

10. Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☐ No      n/a

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

     ☐ Yes      ☐ No

     If "Yes," provide:

     (1) Name of court:
     (2) Case number:
     (3) Date of filing:
     (4) Result:
     (5) Date of result:
     (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

     ☐ Yes      ☐ No      n/a

     If "Yes," provide:

     (1) Name of court:
     (2) Case number:
     (3) Date of filing:
     (4) Result:
     (5) Date of result:
     (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Cannot challenge the Execution of My Sentence under 28 USC 2255. 28 USC 2241(c)(3) is the appropriate vehicle to challenge that the execution of my sentence under Warden F.Lara here at USP Beaumont, TX., is in violation of the Constitution, Laws, Statutes and Treaties of the United States Of America.

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes      ☐ No    n/a

If "Yes," provide:

(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes      ☐ No

If "Yes," provide:

(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☐ No   n/a

If "Yes," provide:

(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:
(5) Date of result: n/
(6) Issues raised: a

12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☐ No    n/a

If "Yes," provide:

(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Under the Constitution, Statutes, Laws and Treaties of The United States, the execution of my sentence under Warden F. Lara here at USP Beaumont, Texas is illegal. (See Attached Memorandum In Support). (See also attached Exhibit #1 and Exhibit #2.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
(See attached Memorandum In Support).
(See also attached Exhibit#1 and Exhibit #2).

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☐ No   n/a

GROUND TWO: _____ n/a _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

n/a

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    n/a    ☐ No

GROUND THREE: _____ n/a _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
n/a

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No
                n/a

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
n/a

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No  n/a

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: NO.

## Request for Relief

15. State exactly what you want the court to do: I ask this Habeas Corpus Court To Correct the Illegal Execution Of My Sentence that I were Erroneously Enhanced under 21 USC 851, 959, 960 and 963 for. I ask that I be released from confinement under Warden F. Lara and the US Marshals due to this error. If necessary I ask to be resentenced according to the appropriate statute if in the best interest of justice.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-19-16

Jose Rolando Morales Jr #19544-078
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

> UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JOSE ROLANDO MORALES, JR., also known as J, also known as J-Bird, Defendant-Appellant.
> UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT
> 576 Fed. Appx. 356; 2014 U.S. App. LEXIS 14293
> No. 13-40917 Summary Calendar
> July 28, 2014, Filed

**Notice:**

**PLEASE REFER TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1 GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.**

**Editorial Information: Subsequent History**

Decision reached on appeal by, Sub nomine at **United** States v. Cortez, 578 Fed. Appx. 420, 2014 U.S. App. LEXIS 15915 (5th Cir. Tex., Aug. 19, 2014)Appeal dismissed by, Motion granted by, Sub nomine at **United** States v. Peralta, 579 Fed. Appx. 301, 2014 U.S. App. LEXIS 16740 (5th Cir. Tex., Aug. 29, 2014)

**Editorial Information: Prior History**

Appeal from the **United** States District Court for the Eastern District of Texas. USDC No. 4:11-CR-247-5.

**Counsel** For **United** States of America, Plaintiff - Appellee: Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX; Heather Harris Rattan, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX.
**Jose Rolando Morales**, Jr., also known as: J, also known as: J-Bird, Defendant - Appellant, Pro se, Beaumont, TX.
**Judges:** Before PRADO, OWEN, and GRAVES, Circuit Judges.

Opinion

{576 Fed. Appx. 357} PER CURIAM:*

The attorney appointed to represent **Jose Rolando Morales**, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). **Morales** has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Morales's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014), *petition for cert. filed*, (U.S. June 4, 2014) (No. 13-10484) [cert. denied, 135 S. Ct. 123, 190 L. Ed. 2d 94 (2014)].

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Morales's response. We concur with counsel's assessment that the appeal presents no nonfrivolous

A05_11CS 1

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2. Morales's motion to direct counsel to file a supplemental brief or, alternatively, to appoint new counsel is DENIED.

## Footnotes

\*

Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

A05_11CS                              2

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.